IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00120-LTB

ANGELA BURNETT,

    Plaintiff,

v.

EXTRA SPACE MANAGEMENT, INC.,
SPENCER KIRK (CEO),
MARK STANKE (DVP),
JEFFERY NORTON (HR),
KENNETH CARLOUGH (DM), and
SALLY NEWTON,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 4, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 4 day of March, 2013.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk


                        By: s/ M.J. Garcia
                            Deputy Clerk